```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700

 5  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-02393-MCE-KJN |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| v. | WITH PREJUDICE AND ORDER; |
|  | CERTIFICATE OF REASONABLE |
| REAL PROPERTY LOCATED AT 1803 EAST OCEAN BOULEVARD, UNIT 304, LONG BEACH, CALIFORNIA, LOS ANGELES COUNTY, APN: 7265-018-047 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | CAUSE |
| Defendant. | |

It is hereby stipulated by and between the United States of America, claimants John Forgy and Kinde Durkee, joint tenants; and California Franchise Tax Board, as follows:

1. The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. The parties are to bear their own costs and attorney fees.

///

///

3.   There was probable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED: 11/9/11                    BENJAMIN B. WAGNER
                                  United States Attorney

                           By:    /s/ Kevin C. Khasigian
                                  KEVIN C. KHASIGIAN
                                  Assistant U.S. Attorney

Dated: 11/8/11
                           By:    /s/ John Forgy
                                  Claimant John Forgy

Dated: 11/8/11
                           By:    /s/ Kinde Durkee
                                  Claimant Kinde Durkee

Dated: Nov. 7, 2011
                           By:    /s/ Amy J. Winn
                                  AMY J. WINN
                                  Counsel for Claimant California
                                  Franchise Tax Board

                                  (Signatures retained by counsel)

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 9, 2011, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated: November 15, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE